# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MORALES, | CASE NO. CV-F-04-5429 AWI LJO |
| Plaintiff, | **ORDER SETTING PRELIMINARY SETTLEMENT APPROVAL DATES** |
| vs. | |
| FIVE J'S TRUCKING, INC., et. al, | |
| Defendant. / | |

This Court conducted a March 9, 2006 status conference. Plaintiff appeared by telephone by counsel Jerry N. Budin, Law Office of Jerry Budin. Defendant appeared by telephone by counsel Christopher Colby, Littler Mendelson.

After discussion with counsel and on the basis of good cause, this Court:

1. ORDERS the parties, no later than March 31, 2006, to file and serve papers for preliminary approval of class settlement; and

2. SETS a hearing for April 12, 2006 at 8:45 a.m. in Department 8 (LJO) on preliminary approval of class settlement.

IT IS SO ORDERED.

**Dated:   March 9, 2006**           /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE

1