# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MORALES, | CASE NO. CV-F-04-5429 AWI LJO |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF PRELIMINARY APPROVAL OF CONSENT DECREE; NOTICE TO CLASSES; AND CLAIM PROCEDURE** |
| vs. | |
| FIVE J'S TRUCKING, INC., et. al, | |
| Defendants. | |

On May 23, 2006, the Magistrate Judge to whom this action has been assigned issued Findings and Recommendations on the preliminary approval of the Consent Decree, the Notice of Proposed Class Action Settlement and Fairness Hearing and the Claim Form and Release, and other matters related to settlement of the above entitled matter. (Doc. 45.)  Plaintiff filed a notice of non-opposition to the Findings and Recommendations on May 23, 2006. (Doc. 47.) Defendants also filed a notice of non-opposition to the Findings and Recommendations on May 23, 2006. (Doc. 46.)

Pursuant to 28 U.S.C. §636(b)(1), the Magistrate Judge's Findings and Recommendations ARE HEREBY ADOPTED IN FULL.   The court GRANTS preliminary approval of the proposed Consent Decree, the Notice, and the Claim Form.

IT IS SO ORDERED.

**Dated:    May 24, 2006**                             /s/ Anthony W. Ishii
0m8i78                                                          UNITED STATES DISTRICT JUDGE

1