UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| RICK MORALES, individually and on behalf of all others similarly-situated, | CASE NO. CIV F-04-5429 AWI LJO |
| | JUDGMENT ON FINDINGS AND RECOMMENDATIONS ON FINAL APPROVAL OF CONSENT DECREE |
| Plaintiffs, | |
| vs. | |
| FIVE J'S TRUCKING, INC., and DOES 1 through 100, | |
| Defendants. | |

On September 19, 2006, the Magistrate Judge to whom this action has been assigned issued Findings And Recommendations On Final Approval Of Consent Decree (Doc. 55). Plaintiff filed a notice of non-opposition to the Findings and Recommendations on September 20, 2006 (Doc. 56). Defendants also filed a notice of non-opposition to the Findings And Recommendations on September 20, 2006 (Doc. 57).

Pursuant to 28 U.S.C. §636(b)(1), the Magistrate Judge's Findings and Recommendations ARE HEREBY ADOPTED IN FULL and, in conformance therewith,

IT IS HEREBY ADJUDGED AND ORDERED that:

1. The Consent Decree is approved in full;

2. Defendant Five J's Trucking, Inc. shall pay attorneys fees and costs in the total sum of $52,091.97 to class counsel, Jerry Budin, subject to the "Notice Of Lien Claim" of Green & Azevedo;

3. Defendant Five J's Trucking, Inc., shall make payments to the Settlement Class members pursuant to the procedures and formulas set forth in the Consent Decree;

4. Defendant Five J's Trucking, Inc., shall make a payment of $10,000.00 to Class Representative Rick Morales for his efforts and services on the behalf of the Class in this litigation;

5. This Court shall retain jurisdiction over this matter and the parties for the purpose of enforcing compliance with said Consent Decree;

6. Upon Defendant Five J's Trucking, Inc.,'s satisfaction of its obligations under said Consent Decree and the payment of all sums pursuant thereto, plaintiff's counsel shall notify the Court, whereupon this matter shall be dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   September 28, 2006**             **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE