1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiff,
   RICK MORALES, et al.
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                           (Fresno Division)

11

12 RICK MORALES, et al.,         )   CASE NO. CV F-04-5429 AWI
                                 )
13             Plaintiffs,       )
                                 )   STIPULATION FOR DISMISSAL WITH
14 vs.                           )   PREJUDICE; ORDER
                                 )
15 FIVE J'S TRUCKING, INC.,      )
   et al.,                       )
16                               )
               Defendants.       )
17 _____)

18      Pursuant to the Judgment On Findings And Recommendations On

19 Final Approval Of Consent Decree entered herein on September 29,

20 2006 (Doc. 58), counsel hereby notify the Court that all of the

21 obligations under said Judgment and Consent Decree have been

22 satisfied and, therefore, this matter should be dismissed with

23 prejudice.

24 DATED: January 17, 2008

25                                       LAW OFFICE OF JERRY BUDIN

26

27                                       /s/ Jerry Budin
                                         Jerry Budin
28                                       Attorney for Plaintiffs,
                                         RICK MORALES, et al.

DATED: January 17, 2008

                                            LITTLER MENDELSON

                                            /s/ Christopher E. Cobey
                                            CHRISTOPHER E. COBEY
                                            Attorneys for Defendant,
                                            FIVE J'S TRUCKING, INC.

**ORDER**

Based on the foregoing and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice.  This case is closed.

IT IS SO ORDERED.

**Dated:   January 23, 2008**            /s/ Anthony W. Ishii
                                               UNITED STATES DISTRICT JUDGE